[Crim. No. 254.  Third Appellate District.—September 10, 1914.]

THE PEOPLE, Respondent, v. H. D. SUHR, Appellant.

CRIMINAL LAW—HOMICIDE.—Judgment and order denying a new trial affirmed on the authority of *People* v. *Ford, ante,* p. 388.

APPEAL from a judgment of the Superior Court of Yuba County and from an order refusing a new trial.  Eugene P. McDaniel, Judge.

The facts are similar to those stated in the opinion in *People* v. *Ford, ante,* p. 388.

R. W. Royce, and Austin Lewis, for Appellant.

U. S. Webb, Attorney-General, and J. Charles Jones, Deputy Attorney-General, for Respondent.

THE COURT.—It was stipulated that Crim. No. 253, *People* v. *Ford,* and Crim. No. 254, *People* v. *Suhr,* should be tried together and that the appeals in both cases should be heard on the record brought up in Crim. No. 253, *People* v. *Ford.*  The law and the facts in both cases have been fully considered in *People* v. *Ford, ante,* p. 388, [143 Pac. 1075], this day decided.

Upon the authority of that case and for the reasons therein given,

The judgment and order are affirmed.

A petition to have the cause heard in the supreme court, after judgment in the district court of appeal, was denied by the supreme court on November 9, 1914.